Eastern District of Kentucky
FILED
AUG 27 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 6:26-CR-107-SCM-HAI
**18 U.S.C. § 751(a)**

**DESTINIE WHITE**

* * * * *

**THE GRAND JURY CHARGES:**

On or about August 14, 2026, in Pulaski County, in the Eastern District of Kentucky,

**DESTINIE WHITE**

did knowingly escape from the custody of the Attorney General or his authorized representative, and from any institution or facility in which she was confined by direction of the Attorney General, by virtue of a conviction for a felony offense, specifically conspiracy to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, the use of which resulted in the serious bodily injury of another person, in violation of 21 U.S.C. § 846, all in violation of 18 U.S.C. § 751(a).

[redacted]

______________________________
**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

______________________________ / for
**W. SAMUEL DOTSON**
**ASSISTANT U.S. ATTORNEY**

## PENALTIES

Not more than 5 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.